```
1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ROBERTO MALDONADO-SANTIBANEZ
6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

```
11  UNITED STATES OF AMERICA,        ) No. 2:07-cr-0419 FCD
                                     )
12             Plaintiff,            )
                                     ) STIPULATION AND ORDER VACATING
13       v.                          ) DATE, CONTINUING CASE, AND
                                     ) EXCLUDING TIME
14  ROBERT MALDONADO-SANTIBANEZ      )
                Defendant.           )
15                                   ) Date:  NOVEMBER 19, 2007
    _____) Time:  10:00 a.m.
16                                   )
```

18     **IT IS HEREBY STIPULATED** by and between Assistant United States
19 Attorney KYLE REARDON, Counsel for Plaintiff, and Attorney Dina L.
20 Santos, Counsel for Defendant ROBERTO MALDONADO-SANTIBANEZ, that the
21 status conference scheduled for October 29, 2007, be vacated and the
22 matter be continued to this Court's criminal calendar on
23 November 19, 2007 at 10:00 a.m, for status and possible change of plea.
24     This continuance is requested by the defense for client
25 consultation, review of the pre-plea probation report and possible
26 entry of plea.
27     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
28 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

1  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
2  ends of justice served in granting the continuance and allowing the
3  defendant further time to prepare outweigh the best interests of the
4  public and the defendant in a speedy trial.
5       The Court is advised that all counsel have conferred about this
6  request, that they have agreed to the November 19, 2007, date, and that
7  Mr. Reardon has authorized Ms. Santos to sign this stipulation on his
8  behalf.
9       **IT IS SO STIPULATED.**
10
11 Dated:  October 26, 2007           /S/ Dina L. Santos
                                      DINA L. SANTOS
12                                    Attorney for Defendant
                                      ROBERTO MALDONADO-SANTIBANEZ
13
14 Dated: October 26, 2007            /S/ Kyle Reardon
                                      KYLE REARDON
15                                    Assistant United States Attorney
                                      Attorney for Plaintiff
16
17      **IT IS SO ORDERED.**
   Dated: October 26, 2007
18
19
20                                    _____
                                      FRANK C. DAMRELL, JR.
21                                    UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

Stipulation and Order                 2